IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 1:20-cv-01554-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 12) |

  Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 6-1 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: April 13, 2021        Respectfully submitted,

                    PHILLIP A. TALBERT
                    Acting United States Attorney

                    */s/ Benjamin E. Hall*
                    BENJAMIN E. HALL
                    Assistant U.S. Attorney

IT IS SO ORDERED.

 Dated: **April 15, 2021**       **/s/ Gary S. Austin**
                  UNITED STATES MAGISTRATE JUDGE

1