UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | CASE NUMBER: 1:20-cv-01554-GSA<br><br>**ORDER TO SHOW CAUSE REGARDING CONFIDENTIAL LETTER BRIEF** |

Pursuant to the scheduling order (Doc. 6), Plaintiff's confidential letter brief (CLB) was due within 30 days of the filing of the administrative record. The administrative record was filed and electronically served on April 13 (Doc. 11), making the CLB deadline May 13.

Accordingly, within 10 days of the entry of this order, Plaintiff is **directed** to show cause why the CLB was not served. Alternatively, Plaintiff may serve her CLB and file a proof of service within 10 days of the entry of this order.

IT IS SO ORDERED.

Dated: __**May 27, 2021**__        __**/s/ Gary S. Austin**__
                                       UNITED STATES MAGISTRATE JUDGE

1